UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-01027JVS(RAO) | Date | June 11, 2020 |
| Title | Sokuntheary Heng v William Barr, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER DENYING TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE**

Petitioner Sokuntheary ("Sokuntheary) filed a petition pursuant to 28 U.S.C. § 2241 for release from Immigration and Customs Enforcement ("ICE") custody. (Docket No. 1.) She also sought a temporary restraining order for her immediate release. (Id.) The Government has responded. (Docket No. 7.)

The result here is controlled by Roman v. Wolf, Central District of California, Case No. CV 20-768 TJH (PVC) ["Wolf"]. The suit is a class action on behalf of ICE detainees at Adelanto, The court there preliminarily certified a class. (Wolf, Docket No. 52.) Sokuntheary falls within the class as certified. Of greater significance here is the fact that the Wolf court stayed "the related cases of putative class members who have previously filed, or who will file, their own cases seeking habeas relief, injunctive relief and/or declaratory relief regarding the conditions of their confinement at Adelanto related to COVID-19 ." (Id., pp. 8-9.)

According, this matter is stayed. The application for a temporary restraining order is denied without prejudice. It appears that any relief available at this time must be sought before the Wolf court.

| | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |